# BARON ASSOCIATES P.C.
## Attorneys & Counselors At Law
2509 Avenue U  Brooklyn, New York 11229  Tel (718) 934-6501  Fax (718) 648-7781
www.baronassoc.com  email:baronassociates@aol.com

<u>Via Electronic Filing</u>                                           June 29, 2010

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11210

       Re:  Elizabeth Gurevich-Rozovsky
       Docket No.:  10CV 02869 (JG) (MDG)

Hon. Judge Gleeson,

  I write to you in response to the letter-request of the defendants for a pre-motion conference to discuss certain requested relief sought by defendants pursuant to FRCP 12(b), or "alternatively", FRCP 56.

  As of the time of this writing, plaintiff has not yet achieved service upon the defendants herein.  While "courtesy copies" of plaintiff's Summons and Complaint were mailed to the defendants, same was never intended to constitute formal service of plaintiff's Complaint.  Indeed, as of the time of this writing plaintiff is still within the time period to achieve service of said Complaint, which is in presently in progress.

  To that end, I have spoken with defendant's counsel, Ms. Silverman, who following a telephone conference, has kindly authorized me to convey her consent to withdraw her request for any pre-motion conference at this time, pending service of plaintiff's Complaint.

  Accordingly, it is respectfully requested that the Court hold the scheduling of any pre-motion conferences in abeyance, pending service of plaintiff's Complaint, and further advise of the parties hereto.

                Respectfully submitted,
                Baron Associates P.C.

             By: _____
                Seth M. Katz (SK 7915)

cc: <u>Via Electronic Filing</u>
      Sedgwick, Detert, Moran & Arnold
      125 Broad Street, 39th Floor
      New York, New York 10004
      (212)422-0202
      Attention: Caryn Silverman, Esq. (CS 4396)