CIVIL CAUSE FOR CONFERENCE: Pre Motion Conference.

Before JUDGE: __GLEESON__     DATE: 7/8/2010     TIME: 11:30 Am - 11:50 Am
Docket Number: 10CV2869

TITLE: Gurevich-Rozovsky v. American Red Cross, et al

Courtroom Deputy: __Ilene Lee__     CR: Victoria Butler

APPEARANCES:

　　FOR PLAINTIFF: Seth M. Katz

　　FOR PLAINTIFF: _____

　　FOR DEFENDANT: Soo Yeon Kim

　　FOR DEFENDANT: _____

✓　CASE CALLED.

___　COUNSEL FOR _____ NOT PRESENT.

___　STATUS CONFERENCE HELD.　✓　PRE-MOTION CONFERENCE HELD.

___　CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___　PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___　ALL DISCOVERY TO BE COMPLETED BY _____.

✓　Defendant's MOTION for a Summary Judgment.

BRIEFING SCHEDULE:
　　Motion due: _____ Opposition/Response due: _____ Replies due: _____

___　ORAL ARGUMENT/MOTION HEARING HELD ___ Motion GRANTED ___ Motion DENIED

___　DECISION RESERVED ___ DECISION READ INTO THE RECORD.

___　DECISION IS TAKEN UNDER SUBMISSION.

— The Court has directed the defendants to file a brief by 7/13/10 as to any service disputes for defendant Raul Nunez and whether the defendants still wish to go forward with their motion for Summary Judgment.